**SEND**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-6591 ODW(JCx) | Date | November 14, 2007 |
|---|---|---|---|
| Title | Zomba Recording, LLC v. Mario Aramando Lavandeira, et al. | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Reported | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings (In Chambers):**   **Notice of Amendment to the Standing Order of Judge Otis D. Wright II**

To all parties of record in the above-entitled case, please take notice that as of **November 1, 2007**, the following amendment (in relevant part) has been made to the Standing Order of Judge Otis D. Wright II:

> **8.**   **Courtesy Copies:** In light of the Court's electronic filing requirements, **courtesy copies of ALL documents MUST be delivered to chambers.** Courtesy copies should be placed in the drop-box outside chambers.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN