**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-6591 ODW(JCx) | Date | December 10, 2007 |
|---|---|---|---|
| Title | Zomba Recording, LLC v. Mario Aramando Lavandeira, et al. | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Reported | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order Striking E-Filed First Amended Complaint (Filed 12/4/07) [Docket No. 5]

Pursuant to General Order No. 07-08, "Complaints (including Third-Party complaints, counterclaims and cross-claims) and other initiating documents in civil cases shall be filed, in duplicate, fees paid, and summons issued and served in the traditional manner on paper rather than electronically" (p. 13).

Accordingly, the Court STRIKES plaintiff's First Amended Complaint, e-filed on December 4, 2007 [Docket No. 5].

IT IS SO ORDERED.

                                                                                           :   00

                                                      Initials of Preparer        RGN

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6591 ODW(JCx) | Date | December 10, 2007 |
|---|---|---|---|
| Title | Zomba Recording, LLC v. Mario Aramando Lavandeira, et al. | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Reported | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):        Attorneys Present for Defendant(s):

Not Present                                Not Present

**Proceedings (In Chambers):**   **Order Striking E-Filed First Amended Complaint (Filed 12/4/07) [Docket No. 5]**

Pursuant to General Order No. 07-08, "Complaints (including Third-Party complaints, counterclaims and cross-claims) and other initiating documents in civil cases shall be filed, in duplicate, fees paid, and summons issued and served in the traditional manner on paper rather than electronically" (p. 13).

Accordingly, the Court STRIKES plaintiff's First Amended Complaint, e-filed on December 4, 2007 [Docket No. 5].

IT IS SO ORDERED.

                                                                    :   00
                                     Initials of Preparer         RGN