1 | **FREEDMAN & TAITELMAN, LLP**
BRYAN J. FREEDMAN, Esq. (SBN 151990)
2 | e-mail: bfreedman@ftllp.com
MATTHEW E. VOSS, Esq. (SBN 198728)
3 | e-mail: mvoss@ftllp.com
1901 Avenue of the Stars, Suite 500
4 | Los Angeles, California 90067
Telephone: (310) 201-0005
5 | Fax: (310) 201-0045

6 | **DOLL AMIR & ELEY, LLP**
GREGORY L. DOLL, Esq. (SBN 193025)
7 | e-mail: gdoll@dollamir.com
MICHAEL M. AMIR, Esq. (SBN 204291)
8 | e-mail: mamir@dollamir.com
1888 Century Park East, Suite 1106
9 | Los Angeles, California 90067
Telephone: (310) 557-9100
10 | Fax: (310) 557-9101

11 | Attorneys for Defendant
MARIO LAVANDEIRA, dba Perez Hilton

12 |

13 | **UNITED STATES DISTRICT COURT**

14 | **CENTRAL DISTRICT OF CALIFORNIA**

15 | **WESTERN DIVISION**

16 |

17 | ZOMBA RECORDING LLC, a
Delaware limited liability limited
18 | company,

19 | Plaintiff,

20 | v.

21 | MARIO ARMANDO LAVANDEIRA,
JR., aka Mario Lavandeira and Perez
22 | Hilton, an individual; and DOES 1
through 10, inclusive,

23 |

24 | Defendants.

CASE NO.: CV 07-06591ODW (JCx)

**STIPULATION RE: EXTENSION
OF TIME FOR DEFENDANT TO
FILE RESPONSIVE PLEADING;
[PROPOSED] ORDER THEREON**

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1

## **ORDER**

Based upon the foregoing stipulation, and the agreement of the parties, it is hereby ordered that Defendant's deadline to file a responsive pleading with respect to the FAC is extended to January 11, 2008.

Dated:   ___DEC 1 8 2007___                    _____
                                                UNITED STATES DISTRICT JUDGE

3

The parties have entered into this stipulation based on the following facts:

1. On or about December 4, 2007, Plaintiff Zomba Recording LLC ("Plaintiff") filed a First Amended Complaint for Copyright Infringement (the "FAC") against Defendant Mario Armando Lavandeira, Jr., aka Mario Lavandeira and Perez Hilton ("Defendant").

2. Defendant's current responsive pleading deadline is December 24, 2007.

3. Given the nearness of said deadline to the upcoming holidays, and based upon the vacation schedules of counsel for Defendant, Plaintiff has agreed to extend Defendant's deadline to file a responsive pleading with respect to the FAC to January 11, 2008.

Based upon the foregoing, Plaintiff and Defendant hereby stipulate that Defendant's deadline to file a responsive pleading with respect to the FAC is extended to January 11, 2008. Plaintiff and Defendant further agree that facsimile signatures on this stipulation may be used and accepted in lieu of originals.

IT IS SO AGREED.

Dated: December 17, 2007

LAW OFFICES OF PETER J. ANDERSON, P.C.

By: _____
Peter J. Anderson, Esq.
Attorneys for Plaintiff Zomba Recording
LLC

Dated: December 17, 2007

FREEDMAN & TAITELMAN, LLP

By: _____
Bryan J. Freedman, Esq.
Attorneys for Defendant Mario
Lavandeira, dba Perez Hilton

2

**PROOF OF SERVICE**

UNITED STATES OF AMERICA   ]
                           ]
STATE OF CALIFORNIA        ]
                           ]ss.
COUNTY OF LOS ANGELES      ]

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 500, Los Angeles, California 90067.

  On December **18**, 2007, I served the following document(s) described as **STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON** on the interested parties in this action as follows:

[]   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. from (310) 201-0045.  The transmission was reported as complete and without error, and a transmission report was properly issued by the transmitting facsimile machine.

[X]   by placing a true copy of the document(s) listed above in a sealed envelope(s), with postage thereon fully prepaid, addressed as set forth below.  I am readily familiar with the firm's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service.  On this date, I sealed the envelope(s) containing the above materials and placed the envelope(s) for collection and mailing at the address above following our office's ordinary business practices.  The envelope(s) will be deposited with the United States Postal Service on this date, in the ordinary course of business.

[]   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a Federal Express agent for next business day delivery to the address(es) listed below.

[]   By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[X]   (FEDERAL) I am employed in the office of an attorney who is a member of this court at whose direction I served the above-described document.

Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, California 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
E-mail: pja@pjanderson.com
*Attorneys for Plaintiff*

  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct and that this Proof of Service was executed on December **18**, 2007 at Los Angeles, California.

Rose Acosta

4