| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| FREEDMAN & TAITELMAN, LLP<br>Bryan J. Freedman, Esq. (SBN 151990)<br>e-mail: bfreedman@ftllp.com<br>1901 Avenue of the Stars, Suite 500<br>Los Angeles, CA 90067<br>Telephone: (310) 201-0005<br>Facsimile: (310) 201-0045 | |
| ATTORNEYS FOR: | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiff(s),<br>v.<br>MARIO ARMANDO LAVANDEIRA, JR., aka Mario Lavandeira and Perez Hilton, an individual; and DOES 1 through 10, inclusive,<br>Defendant(s) | CASE NUMBER<br><br>CV 07-06591 ODW (JCx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Defendant Mario Lavandeira dba Perez Hilton_
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| **PARTY** | **CONNECTION** |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Zomba Recording LLC | Plaintiff |
| Mario Lavandeira, dba Perez Hilton | Defendant |

1/11/08
Date

Sign

Bryan J. Freedman, Esq
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)