**FREEDMAN & TAITELMAN, LLP**
BRYAN J. FREEDMAN, Esq. (SBN 151990)
e-mail: bfreedman@ftllp.com
MATTHEW E. VOSS, Esq. (SBN 198728)
e-mail: mvoss@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Fax: (310) 201-0045

**DOLL AMIR & ELEY, LLP**
GREGORY L. DOLL, Esq. (SBN 193025)
e-mail: gdoll@dollamir.com
MICHAEL M. AMIR, Esq. (SBN 204291)
e-mail: mamir@dollamir.com
1888 Century Park East, Suite 1106
Los Angeles, California 90067
Telephone: (310) 557-9100
Fax: (310) 557-9101

Attorneys for Defendant
MARIO LAVANDEIRA, dba Perez Hilton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability limited company, <br><br> Plaintiff, <br><br> v. <br><br> MARIO ARMANDO LAVANDEIRA, JR., aka Mario Lavandeira and Perez Hilton, an individual; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: CV 07-06591ODW (JCx) <br><br> **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES** |

DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES

1  Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the
2  undersigned counsel for the defendant Mario Armando Lavandeira ("Defendant"),
3  makes the following initial disclosures based on information reasonably available at
4  this time. Defendant reserves his right to supplement or correct these disclosures upon
5  continuing investigation and discovery. By making these disclosures, defendant does
6  not represent that he is identifying every document, tangible thing, or witness possibly
7  relevant to this lawsuit.

8  Defendant's initial disclosures are also made without waiving in any way: (1) the
9  right to object on the grounds of competency, privilege, relevancy materiality, hearsay,
10 or any other proper ground, to the use of this information, for any purpose, in whole or
11 in part, in any subsequent proceeding in this action or any other action; and (2) the
12 right to object on any grounds, at any time, to any other discovery request or
13 proceeding involving or relating to the subject matter of these disclosures. All the
14 disclosures set forth below are made subject to the above objections and qualifications.

15 **I.    Fed. R.Civ.P.26(a)(1)(A)(i).**

16 Individuals likely to have discoverable information that Defendant may use to
17 support his defenses: Any individuals listed below as "c/o Defendant's counsel" are
18 represented by Freedman & Taitelman, LLP, and therefore should only be contacted
19 through counsel.

20    1. Mario Lavandeira
         c/o Defendant's counsel
21
   **Subject:** General knowledge as to all relevant defense to the lawsuit.
22
   Affirmative defenses, including advice of counsel and fair use.
23
      2. Todd Rubenstein
24       Barnes Morris et al PC
         2000 Ave of the Stars 3rd Floor, N. Twr.
25       Los Angeles, CA 90067
         Phone: (310) 319-3900
26 ///
27 ///
28

**Subject**: Defenses to the lawsuit including advice of counsel and fair use.

**II.    Fed. R.Civ.P.26(a)(1)(A)(ii).**

A description by category and location of, all documents, data compilations, and tangible things that are in Defendant's possession, custody or control which Defendant may use to support his defense:

None

**III.   Fed. R.Civ.P.26(a)(1)(A)(iii).**

Defendant does not claim damages.

**IV.    Fed. R.Civ.P.26(a)(1)(A)(iv).**

Defendant is unaware of any insurance policy pertinent to this case.

Dated: March __, 2008

FREEDMAN & TAITELMAN, LLP

By: _____
Bryan J. Freedman, Esq.
Attorneys for Defendant
MARIO LAVANDEIRA, dba Perez Hilton