**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6591 ODW(JCx) | Date | March 17, 2008 |
|---|---|---|---|
| Title | Zomba Recording, LLC v. Mario Armando Lavandeira, Jr., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Anne Kielwasser | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Peter Anderson | Jesse Kaplan | |

**Proceedings:**   **Scheduling Conference**

Case called, appearances made.  The Court confers with counsel.

The Court sets the following dates:

The deadline for designation of experts is July 16, 2008.

The deadline for designation of rebuttal experts is August 15, 2008.

The Expert Discovery Cut Off is September 12, 2008.

The Jury Trial and related hearing dates and deadlines will issue under a separate Scheduling and Case Management Order.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | RGN | |