1  Peter J. Anderson, Esq., Cal. Bar No. 088891
   E-Mail: pja@pjanderson.com
2  LAW OFFICES OF PETER J. ANDERSON
   A Professional Corporation
3  100 Wilshire Boulevard
   Suite 2010
4  Santa Monica, CA 90401

5  Tel: (310) 260-6030
   Fax: (310) 260-6040
6
   Attorneys for Plaintiff
7  ZOMBA RECORDING LLC

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11 ZOMBA RECORDING LLC, a Delaware  ) Case No. CV 07-06591 ODW (JCx)
   limited liability company,       )
12                                   )
              Plaintiff,             )
13                                   )  STIPULATION FOR DISMISSAL
        vs.                          )
14                                   )
   MARIO ARAMANDO LAVANDEIRA,        )
15 JR., aka Mario Lavandeira and Perez )
   Hilton, an individual, and DOES 1 through )
16 10, inclusive,                    )
                                     )
17            Defendants.            )
                                     )
18 _____ )

19

20

21

22

23

24

25

26

27

28

## STIPULATION TO DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Zomba Recording LLC and defendant Mario Aramando Lavandeira, Jr., through their respective attorneys of record, stipulate to the entry of the accompanying Order dismissing this action, in its entirety, with prejudice, each party to bear its respective attorneys' fees and costs.

## SO STIPULATED

Dated: June 25, 2008

Peter J. Anderson, Esq.
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
Attorney for Plaintiff
ZOMBA RECORDING LLC

Dated: June 27, 2008

Bryan J. Freedman, Esq.
Jesse Kaplan, Esq.
FREEDMAN & TAITELMAN, LLP
Attorneys for Defendant
MARIO LAVANDEIRA