1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>MARIO ARAMANDO LAVANDEIRA, JR., aka Mario Lavandeira and Perez Hilton, an individual, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV 07-06591 ODW (JCx)<br><br>ORDER OF DISMISSAL |

# ORDER OF DISMISSAL

The Court having received the Stipulation for Dismissal of plaintiff Zomba Recording LLC and defendant Mario Aramando Lavandeira, Jr.,

**IT IS ORDERED** that this action be and hereby is dismissed, in its entirety, with prejudice, each party to bear its respective attorneys' fees and costs.

Dated: _____

The Honorable Otis D. Wright II
United States District Judge

Submitted jointly by:

Peter J. Anderson, Esq., SBN 088891
E-mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON, A P.C.
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Plaintiff
ZOMBA RECORDING LLC

-- and --

Bryan J. Freedman, Esq.
E-mail: bfreedman@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars
Suite 500
Los Angeles, CA 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
Attorneys for Defendant
MARIO LAVANDEIRA