AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  CV07-06591    DATE FILED 10/11/2007 ODWCJCx) | United States District Court, Central District of California<br>312 North Main Street, Los Angeles, CA 90012 |
| PLAINTIFF<br>Zomba Recording LLC | DEFENDANT<br>Mario Aramando Lavandeira, aka Mario Lavandeira and Perez Hilton, and Does 1-10 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PRE000000756 | Untitled | Zomba Recording LLC |
| 2 PRE000000679 | Perfect Lover | Zomba Recording LLC |
| 3 PRE000000676 | Heaven On Earth | Zomba Recording LLC |
| 4 PRE000000678 | Break The Ice | Zomba Recording LLC |
| 5 | Please see attachment | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order   ☐ Judgment | ☐ Yes    ☐ No | 7/8/08 |
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>VERNA HOGAN | DATE<br>2/17/09 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## Attachment
(To Report on the Filing or Determination
of an Action or Appeal Regarding a Copyright)

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 5 | PRE000000755 | Everybody | Zomba Recording LLC |
| 6 | Pending | Gimme More | Zomba Recording LLC |
| 7 | PRE000000675 | Hot As Ice | Zomba Recording LLC |
| 8 | Pending | Piece Of Me | Zomba Recording LLC |
| 9 | PRE000000681 | Radar | Zomba Recording LLC |
| 10 | PRE000000757 | Kiss You All Over | Zomba Recording LLC |

JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZOMBA RECORDING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO ARAMANDO LAVANDEIRA, JR., aka Mario Lavandeira and Perez Hilton, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 07-06591 ODW (JCx)<br><br>ORDER OF DISMISSAL |

## ORDER OF DISMISSAL

The Court having received the Stipulation for Dismissal of plaintiff Zomba Recording LLC and defendant Mario Aramando Lavandeira, Jr.,

**IT IS ORDERED** that this action be and hereby is dismissed, in its entirety, with prejudice, each party to bear its respective attorneys' fees and costs.

Dated: July 8, 2008

_____
The Honorable Otis D. Wright II
United States District Judge

Submitted jointly by:

Peter J. Anderson, Esq., SBN 088891
E-mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON, A P.C.
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040
Attorney for Plaintiff
ZOMBA RECORDING LLC

-- and --

Bryan J. Freedman, Esq.
E-mail: bfreedman@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars
Suite 500
Los Angeles, CA 90067
Tel: (310) 201-0005
Fax: (310) 201-0045
Attorneys for Defendant
MARIO LAVANDEIRA